**Raymond Arthur GENTILE,**
**Plaintiff-Appellant,**

v.

**U.S. FEDERAL MARSHAL,**
**Defendant-Appellee.**

**No. 17-17018**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Raymond Arthur Gentile, Pro Se

Bureau of Prisons Regional Counsel, Federal Bureau of Prisons, Stockton, CA, for Defendant-Appellee

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Raymond Arthur Gentile appeals pro se from the magistrate judge's order dismissing his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), alleging deliberate indifference. We have jurisdiction under 28 U.S.C. § 1291. We review ·de novo whether the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Gentile consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and dismissed Gentile's action before the named defendants had been served. *See* 28 U.S.C. § 1915(e)(2)(B). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.